UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARTER PAGE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEMOCRATIC NATIONAL COMMITTEE; DNC SERVICES CORPORATION; PERKINS COIE LLP; MARC ELIAS; AND MICHAEL SUSSMANN, <br><br> Defendants. | Case No. 1:20-CV-00671 <br><br> Hon. Harry D. Leinenweber |

**NOTIFICATION AS TO AFFILIATES**

The undersigned counsel for Defendants Perkins Coie LLP ("Perkins Coie"), the Democratic National Committee ("DNC"), and DNC Services Corporation respectfully submit this certification pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Local Rule 3.2.

The DNC is a non-profit corporation incorporated in Washington, D.C. and registered with the Federal Election Commission as DNC Services Corporation. The DNC does not have any parent corporation or publicly held affiliates.

Perkins Coie is a Washington Limited Liability Partnership. Perkins Coie does not have any parent corporation or publicly held affiliates.

Dated: February 21, 2020 	Respectfully submitted,

/s/ Terra Reynolds
Terra Reynolds (Bar No. 6278858)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
terra.reynolds@lw.com

Kathryn Ruemmler (*pro hac vice* forthcoming)
Stephen P. Barry (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
kathryn.ruemmler@lw.com
stephen.barry@lw.com

Nicholas L. McQuaid (*pro hac vice* forthcoming)
Matthew S. Salerno (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
885 Third Avenue
New York, N.Y. 10022
Telephone: (212) 906-1200
nicholas.mcquaid@lw.com
matthew.salerno@lw.com

*Counsel for Defendants*