**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CARTER PAGE, et al.,<br><br>                       Plaintiffs,<br><br>v.<br><br>DEMOCRATIC NATIONAL COMMITTEE;<br>DNC SERVICES CORPORATION;<br>PERKINS COIE LLP; MARC ELIAS; AND<br>MICHAEL SUSSMANN,<br><br>                       Defendants. | Case No. 1:20-CV-00671<br><br>Hon. Harry D. Leinenweber |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Rules 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure, the Democratic National Committee, DNC Services Corporation, Perkins Coie LLP, Marc Elias, and Michael Sussmann (collectively, "Defendants"), hereby move this Court to dismiss the Complaint of Carter Page, Global Energy Capital LLC, and Global Natural Gas Ventures LLC (collectively, "Plaintiffs"). Defendants are concurrently submitting a Memorandum of Law in Support of this Motion.

| | |
|---|---|
| Dated: March 16, 2020 | Respectfully submitted,<br><br>/s/ Terra Reynolds_____<br>Terra Reynolds (Bar No. 6278858)<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>terra.reynolds@lw.com<br><br>Kathryn Ruemmler (*pro hac vice pending*)<br>Stephen P. Barry (*pro hac vice pending*) |

1

LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
kathryn.ruemmler@lw.com
stephen.barry@lw.com

Nicholas L. McQuaid (*pro hac vice pending*)
Matthew S. Salerno (*pro hac vice pending*)
LATHAM & WATKINS LLP
885 Third Avenue,
New York, N.Y. 10022
Telephone: (212) 906-1200
nicholas.mcquaid@lw.com
matthew.salerno@lw.com
*Counsel for Defendants*