**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CARTER PAGE, et al.,<br><br>                           Plaintiff,<br><br>v.<br><br>DEMOCRATIC NATIONAL COMMITTEE;<br>DNC SERVICES CORPORATION; PERKINS<br>COIE LLP; MARC ELIAS; AND MICHAEL<br>SUSSMANN,<br>                           Defendants. | Case No. 1:20-CV-00671<br><br>Hon. Harry D. Leinenweber |

## <u>MOTION TO WITHDRAW APPEARANCE OF KATHRYN H. RUEMMLER</u>

Defendants, Democratic National Committee, DNC Services Corporation, Perkins Coie LLP, Marc Elias, and Michael Sussmann by and through their counsel, move the Court for an order withdrawing the appearance of Kathryn H. Ruemmler as counsel for Defendants. In support of this motion, Defendants state as follows:

1.      On March 13, 2020, the undersigned entered an appearance Pro Hac Vice as an attorney with Latham & Watkins LLP on behalf of all Defendants in this matter.

2.      The undersigned is leaving Latham & Watkins LLP effective April 10, 2020.

3.      Defendants will continue to have able and competent representation from attorneys Terra Reynolds, Stephen P. Barry, Nicholas L. McQuaid, and Matthew S. Salerno.

4.      Accordingly, neither Plaintiffs nor Defendants nor the Court will be prejudiced by the withdrawal of the undersigned as counsel for Defendants in this matter.

WHEREFORE, Defendants respectfully request that this Court enter an order granting the undersigned permission to withdraw as counsel for Defendants.

Dated: April 9, 2020

/s/ Kathryn H. Ruemmler
Kathryn H. Ruemmler (*Pro Hac Vice*)
Stephen P. Barry (*Pro Hac Vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
kathryn.ruemmler@lw.com
stephen.barry@lw.com

Terra Reynolds (ARDC No. 6278858)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
terra.reynolds@lw.com

Nicholas L. McQuaid (*Pro Hac Vice*)
Matthew S. Salerno (*Pro Hac Vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, N.Y. 10022
Telephone: (212) 906-1200
nicholas.mcquaid@lw.com
matthew.salerno@lw.com

*Counsel for Defendants*