# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CARTER PAGE, GLOBAL ENERGY CAPITAL LLC, AND GLOBAL NATURAL GAS VENTURES LLC<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DEMOCRATIC NATIONAL COMMITTEE, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:20-cv-00671-HDL<br><br>Honorable Harry D. Leinenweber |

## MOTION TO WITHDRAW APPEARANCE OF THOMAS D. WARREN

Plaintiffs Dr. Carter Page, Global Energy Capital LLC, and Global Natural Gas Ventures LLC respectfully move for an order withdrawing the appearance of Thomas D. Warren as counsel for Plaintiffs. In support of this motion, Plaintiffs state as follows:

1. On February 24, 2020, this Court granted leave for the undersigned to appear *pro hac vice* as an attorney with Pierce Bainbridge Beck Price & Hecht, LLP ("Pierce Bainbridge") on behalf of all Plaintiffs in this matter.

2. The undersigned will no longer be associated with Pierce Bainbridge, effective April 30, 2020.

3. Plaintiffs will continue to be represented by John Pierce, of Pierce Bainbridge, and Brian J. Murray and Charles L. Philbrick, of Rathje & Woodward, LLC. Plaintiffs have no objection to the undersigned's withdrawal of appearance.

4. Accordingly, the Plaintiffs, Defendants and the Court will not be prejudiced by the withdrawal of the undersigned as counsel for Plaintiffs in this matter.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting the undersigned permission to withdraw as counsel for Plaintiffs.

Dated: April 23, 2020

Respectfully submitted,

*/s/ Thomas D. Warren*
Thomas D. Warren (pro hac vice)
John M. Pierce (pro hac vice)
Andrew E. Calderón (pro hac vice)
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
355 S. Grand Ave., 44th Floor
Los Angeles, CA 90071
Tel: (213) 262-9333

Brian J. Murray (IL 6272767)
Charles L. Philbrick (IL 6198405)
RATHJE WOODWARD LLC
300 E. Roosevelt Rd., Ste. 300
Wheaton, IL 60187
Tel: 630-668-8500
Fax: 630-668-9218 Email:
BMurray@rathjewoodward.com
CPhilbrick@rathjewoodward.com

*Attorneys for Plaintiffs Carter Page, Global Energy Capital LLC, and Global Natural Gas Ventures LLC*

# CERTIFICATE OF SERVICE

    I, Thomas D. Warren, hereby certify that the foregoing Motion was served to the parties electronically by means of the Court's CM/ECF system.

Dated: April 23, 2020                      Respectfully submitted,

                                                    */s/ Thomas D. Warren*
                                         Thomas D. Warren (pro hac vice)