# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 21, 2021

Before

MICHAEL Y. SCUDDER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 20-2781 | CARTER PAGE, an individual, et al., Plaintiffs - Appellants  v.  DEMOCRATIC NATIONAL COMMITTEE, an unincorporated association, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-00671 Northern District of Illinois, Eastern Division District Judge Harry D. Leinenweber ||

The District Court's dismissal is **AFFIRMED**, but the judgment is **MODIFIED** to reflect a dismissal without prejudice. Each side should bear their own costs.

The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**     (form ID: **132**)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit